**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-00041-01-CR-W-GAF |
| ) | |
| **THERMOND ROSS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On May 23, 2007, a hearing was held pursuant to 18 U.S.C. § 4247(d) for the purpose of determining the mental competency of the Defendant, Thermond Ross, to stand trial. The parties stipulated that the Court could consider the psychological or psychiatric report prepared by Dr. Lea Ann Preston.

On June 5, 2007, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation.

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is

ORDERED that Defendant Thermond Ross is found to be incompetent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 4241(d), the Defendant is committed to the custody of the Attorney General for hospitalization and treatment in a suitable

facility for a reasonable time to determine whether there is a substantial probaiblity that in the foreseeable future, the Defendant will attain the capacity to permit the trial to proceed.

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT

DATED: June 19, 2007

2

Case 4:07-cr-00041-GAF   Document 27   Filed 06/19/07   Page 2 of 2